```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

JOSEF VOLMAN,

                Plaintiff,

    - against -

1490 REST. INC D/B/A DOC WATSON'S,
AND 1490 LLC,

                Defendants.

21-cv-9640 (JGK)

ORDER

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The conference scheduled for March 24, 2022 is **canceled**. The parties are directed to file a Rule 26(f) report by April 1, 2022.

SO ORDERED.

Dated:    New York, New York
          March 17, 2022

                                              John G. Koeltl
                                   United States District Judge